**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1755

JEFFREY MATTHEW WELSHONS,

Plaintiff - Appellant,

v.

HARFORD TRANSIT, Company; MARLAYNA ISABELLA, Bus Driver of Harford Transit; THOMPSON TOWING, Anonymous Driver,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge.  (1:23-cv-01472-JKB; 1:23-cv-01600-JKB)

Submitted:  October 31, 2023                     Decided:  November 2, 2023

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jeffrey Matthew Welshons, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Matthew Welshons appeals the district court's order dismissing his pro se amended complaint for lack of subject matter jurisdiction. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Welshons v. Harford Transit*, Nos. 1:23-cv-01472-JKB; 1:23-cv-01600-JKB (D. Md., June 23, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*